James C. Zalewski, argued, Lincoln, NE, for appellant.

David R. Buntain, argued, Lincoln, NE (John C. Wiltse, on the brief), for appellee.

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

PER CURIAM.

Victor Day appeals the district court's grant of summary judgment in Day's civil rights action. *Day v. Board of Regents,* 911 F.Supp. 1228 (D.Neb.1995). Day contends the University of Nebraska's decision to pay him less than other professors in his department was age-based and deprived him of an array of constitutional rights. Having carefully reviewed the record and the parties' briefs, we conclude Day is not entitled to relief. Because the controlling law is clear, our review satisfies us that an opinion would have no precedential value. Accordingly, we affirm without further discussion. *See* 8th Cir. R. 47B.

Ronald N. Sutter, argued, Washington, DC, for appellee.

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Donna E. Shalala, Secretary of Health and Human Services, appeals the adverse grant of summary judgment by the district court in favor of Deaconess Health Services Corporation. *Deaconess Health Servs. Corp. v. Shalala,* 912 F.Supp. 438 (E.D.Mo.1995). Having carefully reviewed the record and the parties' briefs, we conclude summary judgment was properly granted. Our decision is guided by the Sixth Circuit's recent decision in *Jewish Hosp., Inc. v. Secretary of Health & Human Servs.,* 19 F.3d 270 (6th Cir.1994). We thus affirm on the basis of the district court's thorough, well-reasoned opinion. *See* 8th Cir. R. 47B.

■

**DEACONESS HEALTH SERVICES CORPORATION, doing business as Deaconess Medical Center Central Campus, Appellee,**

v.

**Donna E. SHALALA, Secretary of Health and Human Services, Appellant.**

No. 95–4126EM.

United States Court of Appeals, Eighth Circuit.

Submitted May 16, 1996.

Decided May 22, 1996.

Scott McIntosh, argued, Washington, DC (Anthony J. Steinmeyer, on the brief), for appellant.

■

In re Stephen MACFARLANE, Debtor.

**FRANCHISE TAX BOARD OF the STATE OF CALIFORNIA, Creditor–Appellant–Cross–Appellee,**

v.

**Stephen MACFARLANE, Debtor–Appellee–Cross–Appellant.**

Nos. 94–56064, 94–56065.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 6, 1996.

Decided May 13, 1996.